# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAGISTRATE MAHDI SUFI EL,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **PEOPLE'S EMERGENCY CENTER,** *et al.*, : <br> **Defendants.** : | **CIVIL ACTION NO. 19-690** |

## ORDER

**AND NOW**, this 6th day of February 2020, upon consideration of Defendant People's Emergency Center's Motion to Dismiss [Doc. No. 19], Defendant WPEB Community Radio Association's Motion to Dismiss [Doc. No. 20], and Defendant Philadelphia Housing Authority Development Corporation's Motion to Dismiss [Doc. No. 23], to which Plaintiff has not responded, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED** as follows:

1. Count I is **DISMISSED with prejudice** as to Defendant People's Emergency Center and **DISMISSED without prejudice** as to all other Defendants.

2. Counts II and III are **DISMISSED with prejudice** as to all Defendants.

3. Counts IV and V are **DISMISSED without prejudice** as to all Defendants.

4. Plaintiff may amend the Amended Complaint to cure the deficiencies explained in the accompanying Memorandum Opinion, but only as to those counts dismissed without prejudice, no later than **February 27, 2020**. If Plaintiff does not file a Second Amended Complaint, the case will be closed.

It is so **ORDERED**.

                                                    **BY THE COURT:**

                                                    /s/ Cynthia M. Rufe
                                                    _____
                                                   **CYNTHIA M. RUFE, J.**