IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAGISTRATE MAHDI SUFI EL,**<br><br>     Plaintiff,<br><br>  v.<br><br>**PEOPLE'S EMERGENCY CENTER,** *et al.*,<br><br>     Defendants. | CIVIL ACTION NO. 19-690 |

# ORDER

**AND NOW,** this 7th day of July 2021, upon consideration of Defendants' Motions to Dismiss and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motions to Dismiss [Doc. Nos. 32, 33, 34] are **GRANTED**. Plaintiff's Second Amended Complaint is **DISMISSED with prejudice**. The Clerk is directed to **CLOSE** the case.

  It is so **ORDERED.**

                   **BY THE COURT:**

                    **/s/ Cynthia M. Rufe**

                   **CYNTHIA M. RUFE, J.**